**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael S. RODRIGUEZ–SOTO, also known as Rafael Rodrigues–Soto, true name Rafael Soto–Vargas, Defendant–Appellant.**

**No. 14–41396
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 31, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jose Salvador Tellez, II, Esq., Law Office of Jose Salvador Tellez II, P.C., Laredo, TX, for Defendant–Appellant.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Rafael S. Rodriguez–Soto appeals the 37–month sentence imposed following his guilty plea conviction for being found unlawfully in the United States after prior removal, in violation of 8 U.S.C. § 1326. He contends that his within-guidelines sentence was both procedurally and substantively unreasonable.

Rodriguez–Soto has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir. 2007). Accordingly, the appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.